RAY R. AMOS v. SOUTHERN RAILWAY COMPANY, ATLANTIC & YAD-
KIN RAILWAY COMPANY AND NORFOLK & WESTERN RAILWAY
COMPANY.

(Filed 6 January, 1953.)

**Appeal and Error § 50½ —**

Where the identical question sought to be presented by the appeal is
pending before the Supreme Court of the United States and its decision
thereon will be binding upon our Court, the cause will be retained.

APPEAL by plaintiff from *Patton, Special Judge,* October Term, 1952,
of FORSYTH.

This is an action to recover for personal injuries alleged to have been
sustained by the plaintiff on 16 April, 1949, while in the employment of
the defendants. The accident occurred in Stokes County, North Carolina.

On 14 December, 1951, the plaintiff instituted an action against the
Southern Railway Company in the Circuit Court of the City of St. Louis,
Missouri, to recover for his alleged injuries under the provisions of the
Federal Employers' Liability Act. The Southern Railway Company
answered, denying that the plaintiff was its employee and pleaded a
release theretofore given to the Atlantic & Yadkin Railway Company and
the Norfolk & Western Railway Company. The action is still pending
in the Missouri court. Thereafter, on 15 April, 1952, the plaintiff insti-
tuted this suit on the same cause of action in the Superior Court of
Forsyth County, North Carolina, seeking to recover under the provisions
of the Federal Employers' Liability Act from the three defendants named
herein.

The Southern Railway Company filed a petition in the cause in the
Superior Court of Forsyth County, praying that the plaintiff be enjoined
from further prosecuting the Missouri action. The court heard the mat-
ter, found the facts set out in the order, and permanently enjoined the
plaintiff from any further prosecution of the Missouri suit. The plain-
tiff appealed from the order, assigning error.

*Elledge & Johnson for plaintiff, appellant.*

*Womble, Carlyle, Martin & Sandridge for defendant, Southern Rail-
way Company, appellee.*

PER CURIAM. The Supreme Court of the United States has granted
a petition for writ of *certiorari* in the case of *Atlantic Coast Line R. Co.
v. Pope,* 209 Ga. 187, 71 S.E. 2d 243, and the case is now calendared for
argument in that Court. The case involves the identical question pre-
sented for decision on this appeal. And since we will be bound by the

decision of the Supreme Court of the United States on the question, we are withholding disposition of this appeal until the Supreme Court of the United States renders its decision in the above case.